THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:16-cr-190 |
| | : | (JUDGE MARIANI) |
| ROBERT BIRCH, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, THIS 30my DAY OF JULY 2024, for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Robert Birch's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 439) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. The Clerk of Court is directed to **CLOSE** civil action No. 3:22-cv-01099.

Robert D. Mariani
United States District Judge